IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NORMAN VERNELL MITCHELL, <br><br> Defendant. | CR 25-01-BLG-SPW <br><br> ORDER |

This Court previously referred Defendant's Motion for Initial Appearance and to Change Plea (Doc. 5), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of conducting the change of plea hearing. On January 21, 2025, the Defendant plead guilty before Magistrate Judge Timothy J. Cavan to a Class A Misdemeanor. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on January 21, 2025 (Doc. 14). No objections having been filed within fourteen days thereof,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 14) are ADOPTED IN FULL;

1

**IT IS FURTHER ORDERED** that this case shall be referred to Magistrate Judge Timothy J. Cavan for all further proceedings.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of February, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE